# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

CHERI RICHARDSON,

        Plaintiff,

v.

ALCON LABORATORIES, INC.,

        Defendant.

**ORDER**
Civil File No. 16-3697 (MJD/HB)

Eric D. Satre, Satre Law Firm, Counsel for Plaintiff.

Charles F. Knapp and Jonathan E. Simpson, Faegre Baker Daniels LLP, Counsel for Defendant.

This matter is before the Court on Defendant Alcon Laboratories, Inc.'s Partial Motion to Dismiss.  [Docket No. 5]  After a careful review of the motion and the record in this case, the Court concludes that oral argument is unnecessary.  Therefore, the Court cancels the oral argument set for February 2, 2017, grants permission to Plaintiff to file the Second Amended Complaint [Docket No.  12], and denies the motion to dismiss.

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

Defendant Alcon Laboratories, Inc.'s Partial Motion to Dismiss
[Docket No. 5] is **DENIED**.


Dated:   February 1, 2017          s/ Michael J. Davis
                                                  Michael J. Davis
                                                  United States District Court